```
                              FILED
                    CLERK, U.S. DISTRICT COURT

                         JAN -4 2017

                    CENTRAL DISTRICT OF CALIFORNIA
                    EASTERN DIVISION    BY DEPUTY
```

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA,
                Plaintiff,
        v.
Tracy Lee Wood
                Defendant.

Case No.: 5:17MJ3-DUTY

ORDER OF DETENTION
(FED. R. CRIM. P. 32.1(a)(6); 18 U.S.C. § 3143(a))

    The defendant having been arrested in this District pursuant to a warrant issued by the United States District Court for the **Southern** District of **California** for alleged violation(s) of the terms and conditions of probation or supervised release; and

    Having conducted a detention hearing pursuant to Federal Rule of Criminal Procedure 32.1(a)(6) and 18 U.S.C. § 3143(a), the Court finds that:

A.  (✓)  The defendant has not met his/her burden of establishing by clear and convincing evidence that he/she is not likely to flee if released under 18 U.S.C. § 3142(b) or (c). This finding is based on the following:

- UNKNOWN BACKGROUND
- UNKNOWN BAIL RESOURCES
- UNDERLYING ALLEGATIONS (ABSCONDING)
- ASSOCIATION WITH MULTIPLE PERSONAL IDENTIFIERS
- SUBMISSION

1

and/or

B.  ( )  The defendant has not met his/her burden of establishing by clear and convincing evidence that he/she is not likely to pose a danger to the safety of any other person or the community if released under 18 U.S.C. § 3142(b) or (c). This finding is based on the following:

_____

_____

_____

_____

IT THEREFORE IS ORDERED that the defendant be detained pending the further revocation proceedings.

Dated: 1/4/17

HONORABLE DAVID T. BRISTOW
United States Magistrate Judge

2